**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**OSWALDO NAVA,**

**Plaintiff.**

**v.** **No. 2: 26-cv-02017-DHU-GJF**

**SHAWN POWELL, JAMES JOHNSTON,**
**W. ANTHONY MAJOR JR., BENITO GONZALES,**
**STEFFANY MILES, MARTHA STAAB and**
**ERIC MANN, in their individual capacities.**

**Defendants.**

**CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST DISCOVERY**

Plaintiff hereby certifies that Plaintiff's First Request fpr Production of Dpocuments and First Interrogatories were served via email on all counsel of record on September 1, 2026 as follows: Jerry A. Walz, Esq. (jerryawalz@walzandassociates.com) and Alisha L. Walz, Esq. (awalz@walzandassociates.com)

I further certify that I filed this Certificate of Service electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Respectfully Submitted,

/s/ *DANIEL YOHALEM*

Daniel Yohalem
1232 Vallecita Drive
Santa Fe, NM 87501
(505) 690-2193
daniel.yohalem@gmail.com

*Attorney for Plaintiff*